USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES ROE,

                Plaintiff,

-against-

JOHN DOES 1 – 25,

                Defendants.

25-cv-05389 (MKV)

ORDER OF DISMISSAL

---

**MARY KAY VYSKOCIL**, United States District Judge:

    Plaintiff initiated this action by filing a complaint under a pseudonym. [ECF No. 1 ("Compl.")]. Simultaneously with his Complaint, Plaintiff filed motions to proceed under a pseudonym and for leave to serve a third-party subpoena. [ECF Nos. 3 ("Pseudonym Mot."), 4 ("Third-Party Mot.")]. The Federal Rules of Civil Procedure require that all parties to a case be named in the complaint. *See* Fed. R. Civ. P. 10(a). Proceeding under a pseudonym is allowed in exceptional circumstances, *see Sealed Plaintiff v. Sealed Defendant # 1*, 537 F.3d 185, 189 (2d Cir. 2008); however, S.D.N.Y. Electronic Case Filing Rules & Instructions ("ECF Rules") Section 6.14 dictates that, prior to filing a complaint with redacted party names, a plaintiff must commence a miscellaneous case and file a motion seeking leave to file a redacted complaint. *See* ECF Rules § 6.14.

    Plaintiff has not followed this procedure. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to comply with ECF Rules section 6.14 and Federal Rule of Civil Procedure 10(a). *See* ECF Rules § 6.14; Fed. R. Civ. P. 10.

**SO ORDERED.**

**Date: August 12, 2025**
       **New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**